UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-376-RJC-DSC

| | |
|---|---|
| NINA STOWERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMERCIAL RECOVERY SYSTEMS, )<br>INC. and MAIN STREET ACQUISITION )<br>CORP. )<br>)<br>Defendants. )<br>_____) | **ORDER** |

**THIS MATTER** comes before the Court sua sponte. On October 14, 2012, Plaintiff notified the Court that the above-captioned matter has settled. Plaintiff further requests forty (40) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that, for good cause shown, Plaintiff shall file a stipulation of dismissal within **forty (40) days** of entry of this Order.

Signed: October 16, 2012

Robert J. Conrad, Jr.
Chief United States District Judge